```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/29/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RN WELLNESS LLC** and **THE PERLER GROUP inC.**,

           **Plaintiffs**,

-against-

**ESSENTIALS HERO LLC** and **BRANDON BERNSTEIN.**,

           **Defendants.**

**21-cv-10704 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

In accordance with the hearing held before the Court, the Temporary Restraining Order issued by this Court, *see* ECF No. 12, is hereby extended until **January 5, 2022**.

The Order to Show Cause hearing is **ADJOURNED** until **January 5, 2022 at 3:00PM Eastern Time**.  All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    December 29, 2021
           New York, New York

                                              ANDREW L. CARTER, JR.
                                              United States District Judge