UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RN WELLNESS LLC and THE PERLER GROUP INC.,

        Plaintiffs,

-against-

ESSENTIALS HERO LLC and BRANDON BERNSTEIN.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/29/2022

21-cv-10704 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Clerk of the Court is respectfully directed to terminate ECF Nos. 8, 14. The motions have been resolved. *See* ECF No. 24.

**SO ORDERED.**

Dated:    September 29, 2022
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**