

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1/10/2023_

**Jason H. Sunshine**
PESSAH LAW GROUP, PC
Attorney at Law
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Writer's Direct: 310.772.2261
Writer's Email:jsunshine@pessahgroup.com

January 5, 2023

**VIA EMAIL**
Hon. Andrew L. Carter
United States District Court,
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **RN Wellness LLC et al. v. Essentials Hero LLC et al.**
Case No. 21-cv-10704-ALC; S.D.N.Y.
REQUEST FOR ORDER AUTHORIZING RELEASE OF BOND

Your Honor:

We represent Plaintiffs RN Wellness, LLC ("RN Wellness") and The Perler Group ("TPG") (collectively, "Plaintiffs") in the above-captioned action. On December 17, 2021, the Court granted Plaintiff's motion for a temporary restraining order and ordered Plaintiffs to post bond in the amount of $10,000 (Dkt. No. 12). In accordance with the Court's order, Plaintiffs posted bond in the amount of $10,000 on December 21, 2021. Attached hereto as **Exhibit A** is a true and correct copy of the wire transfer confirmation.

The parties have since settled this matter. Accordingly, on December 23, 2022, Plaintiffs filed a Stipulation for Dismissal (Dkt. No. 48). The Court subsequently closed the case on December 27, 2022.

I contacted the Finance Department to request the release of the bond posted by Plaintiffs. The Finance Department informed me that I need a court order authorizing the disbursement. I request that the Court issue an order authorizing the Finance Department to release the undertaking now that the matter has been settled and the case closed.

(continued on next page)

Hon. Andrew L. Carter
January 5, 2023
*RN Wellness LLC et al v. Essentials Hero LLC et al (21-cv-10704-ALC)*
Page **2** of **2**

                        Respectfully submitted,

                        */s/ Jason H. Sunshine*

                        Jason H. Sunshine
                        PESSAH LAW GROUP, PC

Cc: Jason H. Sunshine, Esq.; Jeffrey F. Reina, Esq.; Patrick J. Mackey, Esq.; Barry N. Covert, Esq. (via ECF)

**The Court grants Plaintiffs' request to release the bond posted by Plaintiffs.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 1/10/2023

# EXHIBIT A

# OUTGOING WIRE TRANSFER REQUEST



**CITY NATIONAL BANK**
AN RBC COMPANY
555 South Flower Street
Los Angeles, CA 90071

*Fax completed form to: (800) 575-5503*
*Pacific Time Zone*

**Time Deadlines:** **Domestic Wires: 1:30 p.m. (PT)**   **International Wires: 12:30 p.m. (PT)**
Request received past the deadline will be processed the next business day.

**Date of Transfer:** 12/21/2021   **Repetitive ID:** _____
(mm/dd/yyyy)   [If applicable (requires pre-authorization)]

**AMOUNT OF WIRE TRANSFER**   or   **FOR WIRE SENT IN FOREIGN CURRENCY**
U.S. Dollars $ 10,000.00
Amount: _____
Currency Type: _____
Rate: _____ Source: _____
☐ Request Wire Principal Protection Service (fee applies)

**SENDER INFORMATION**
CNB Deposit Account Number: 123938216   Other (Bank use only): _____
Name of Account: Pessah Law Group, PC
Address: 661 N. Harper Ave., Suite 208   Second Line Address: _____
City, State, Zip Code: Los Angeles, CA 90048   Country: USA

**RECEIVING (BENEFICIARY'S) BANK INFORMATION**
Bank Name: Federal Reserve Bank
Bank Address: 33 Liberty Street
Second Line Address: _____
City, State, Zip Code: New York, NY 10045   Country: USA
Routing Information (e.g., ABA number, SWIFT BIC, Sort Code, Intermediary Bank):
Routing: 021030004
ABA Short Name: TREAS NYC
Business Function Code: CTR

**FOR BANK USE ONLY**

**BENEFICIARY INFORMATION**
Account (or IBAN) Number: 00004654
Beneficiary Name: US District Courts - SDNY
Beneficiary Address: 40 Foley Square
Second Line Address: _____
City, State, Zip Code: New York, NY 10007   Country: USA
Other beneficiary information (Optional - used for sending a message to the beneficiary, for example, invoice numbers, or purpose of payment):
Case No.: 1:21-10704-ALC - Bond Payment
Payment made by Counsel for RN Wellness and The Perler Group

**Client Authorization** (*All wire transfer requests must be signed by an authorized person*)
By signing below as or on behalf of Sender, I certify that this wire transfer is authorized; the information on this form is correct; and, I have read and agree to the terms and conditions of the International Wire Transfers section of the Account Agreement and Disclosures by which Sender is bound. I understand that if an incorrect beneficiary (recipient) account number or receiving bank (recipient institution) identifier has been provided, Sender could lose the wire transfer amount. If this request is for a transfer from a consumer account to a recipient in a foreign country and submitted to CNB by facsimile or email, CNB will consider this form as an inquiry pending CNB's final verification by telephone. I authorize payment of this wire transfer from Sender's CNB account designated above.

Maurice D. Pessah   *[signature]*   (310) 500–8221
Name   Signature   Phone Number

_____   _____   ( ) –
Name   Signature   Phone Number