

MEMO ENDORSED

**Jason H. Sunshine**
PESSAH LAW GROUP, PC
Attorney at Law
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Writer's Direct: 310.772.2261
Writer's Email:jsunshine@pessahgroup.com

January 10, 2023

**VIA ECF**
Hon. Andrew L. Carter
United States District Court,
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/11/2023

Re: **RN Wellness LLC et al. v. Essentials Hero LLC et al.**
Case No. 21-cv-10704-ALC; S.D.N.Y.
REQUEST FOR ORDER AUTHORIZING RELEASE OF BOND

Your Honor:

We represent Plaintiffs RN Wellness, LLC ("RN Wellness") and The Perler Group ("TPG") (collectively, "Plaintiffs") in the above-captioned action. On January 5, I filed a letter requesting that the Court authorize the Finance Department to release the bond posted by Plaintiffs in the amount of $10,000. (Dkt. No. 49). On January 10, 2023, the Court granted Plaintiffs' request (Dkt. No. 50).

Following the Court's order, I contacted the Finance Department to request the disbursement. I was informed that the Finance Department is unable to process the disbursement because the Court's order does not specify to whom the check should be payable. As such, an additional endorsement of this Court is required.

The disbursement should be payable to "Pessah Law Group, PC Attorney Trust Account." We respectfully request that the Court endorse this follow-up letter so that the Finance Department can release the bond. Thank you for your attention to this matter.

(Continued on next page)

Hon. Andrew L. Carter
January 10, 2023
*RN Wellness LLC et al v. Essentials Hero LLC et al (21-cv-10704-ALC)*
Page **2** of **2**

                Respectfully submitted,

                */s/ Jason H. Sunshine*

                Jason H. Sunshine
                PESSAH LAW GROUP, PC

Cc: Maurice D. Pessah, Esq.; Jeffrey F. Reina, Esq.; Patrick J. Mackey, Esq.; Barry N. Covert, Esq. (via ECF)

**The Court grants Plaintiffs' request. The disbursement should be payable to "Pessah Law Group, PC Attorney Trust Account."**

SO ORDERED:

*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 1/11/2023